No. 966, Misc. NATIONAL COUNCIL ON THE FACTS OF OVERPOPULATION *v.* SIRICA, U. S. DISTRICT JUDGE. Motion for leave to file petition for writ of mandamus denied. *A. Lincoln Green* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Meyer Rothwacks* for respondent.

No. 968, Misc. DI SILVESTRO *v.* LUMBARD, U. S. CIRCUIT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Douglas* and *Morton Hollander* for respondents.

No. 1023, Misc. CUSHMAN MOTOR DELIVERY CO. ET AL. *v.* DUFFY, U. S. CIRCUIT JUDGE, ET AL. Motion for leave to file petition for writ of mandamus denied. *David Silbert, Lester Asher* and *Bernard Dunau* for petitioners. *Solicitor General Cox, Arnold Ordman, Dominick L. Manoli* and *Norton J. Come* for the National Labor Relations Board, as *amicus curiae,* in opposition.

No. 828. SECURITIES AND EXCHANGE COMMISSION *v.* AMERICAN TRAILER RENTALS CO. C. A. 10th Cir. Certiorari granted. *Solicitor General Cox, Philip A. Loomis, Jr.* and *David Ferber* for petitioner. *Arthur W. Burke, Jr.* for respondent.

No. 763. WHITNEY NATIONAL BANK IN JEFFERSON PARISH *v.* BANK OF NEW ORLEANS & TRUST CO. ET AL.; and

No. 798. SAXON, COMPTROLLER OF THE CURRENCY, *v.* BANK OF NEW ORLEANS & TRUST CO. ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari granted. The cases are consolidated